J. COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@jcogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@jcogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CONSOLIDATED COACHING LLC, a Nevada limited-liability company; and SCOTT LAMBERT GROVES, an individual,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CHAPMAN'S LAS VEGAS DODGE, LLC, a Nevada limited-liability company; FCA US LLC, a foreign limited-liability company; DOE Individuals 1–10; and ROE Corporations 11–20,<br><br>                    Defendants. | Case Number:<br>2:22-cv-01762-GMN-BNW |

**<u>SUBSTITUTION OF COUNSEL FOR PLAINTIFFS</u>**

. . .

. . .

. . .

. . .

. . .

Page 1 of 4

The signed document can be validated at https://app.vinesign.com/Verify

Plaintiffs, Consolidated Coaching LLC and Scott Lambert Groves, hereby substitute Jamie S. Cogburn, Esq. and Erik W. Fox, Esq. of J. Cogburn Law, as counsel of record in the above-captioned matter in the place and stead of Cogburn Law.

Dated: 01/17/2023 .

Scott Lambert Groves, individually and on behalf of Consolidated Coaching LLC
*Plaintiffs*

The undersigned, on behalf of Cogburn Law, hereby consents to the subsitution of J. Cogburn Law as counsel of record for Plaintiffs, Consolidated Coaching LLC and Scott Lambert Groves, in the above-captioned matter in the place and stead of Cogburn Law.

Dated this 17th day of January, 2023.

COGBURN LAW

By: */s/Jamie S. Cogburn*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074

The undersigned, on behalf of J. Cogburn Law, hereby agrees to be subsituted as counsel of record for Plaintiffs, Consolidated Coaching LLC and Scott Lambert Groves, in the above-captioned matter in the place and stead of Cogburn Law.

Dated this 17th day of January, 2023.

J. COGBURN LAW

By: /s/Jamie S. Cogburn
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
*Attorneys for Plaintiffs*

*NOTE TO COURT AND ALL INTERESTED PARTIES: This is not a firm name change. Cogburn Law is dissolving and J. Cogburn Law is a new firm formed by Jamie S. Cogburn, Esq. Joining Mr. Cogburn at J. Cogburn Law are Erik W. Fox, Esq., Joseph J. Troiano, Esq., and Hunter S. Davidson, Esq.*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 12:40 pm, January 18, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 17th day of January, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Armstrong Teasdale LLP
Attn: Alina Maria Shell, Esq.
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
*Attorneys for Defendant, Chapman's Las Vegas Dodge, LLC*

                                        */s/Katie Johnson*
                                        An employee of J. Cogburn Law