J. COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@jcogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CONSOLIDATED COACHING LLC, a Nevada limited-liability company; and SCOTT LAMBERT GROVES, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CHAPMAN'S LAS VEGAS DODGE, LLC, a Nevada limited-liability company; FCA US LLC, a foreign limited-liability company; DOE Individuals 1–10; and ROE Corporations 11–20,<br><br>　　　　　　　　Defendants. | Case Number:<br>2:22-cv-01762-GMN-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs, Consolidated Coaching LLC and Scott Lambert Groves ("Plaintiffs") and Defendants, Chapman's Las Vegas Dodge, LLC and FCA US LLC ("Defendants"), by and through their respective attorneys of record, that all

1  Plaintiffs' claims asserted against Defendants in the above-captioned matter shall be and hereby
2  are dismissed with prejudice and each party shall bear its own attorney fees and costs.

3  Dated this 10th day of May, 2023.                    Dated this 10th day of May, 2023.

4  J. COGBURN LAW                                       NERSESIAN & SANKIEWICZ

5  By: */s/Jamie S. Cogburn*                            By: */s/Robert A. Nersesian*
       Jamie S. Cogburn, Esq.                                Robert A. Nersesian, Esq.
6      Nevada Bar No. 8409                                   Nevada Bar No. 2762
       2580 St. Rose Parkway, Suite 330                      528 S. Eighth Street
7      Henderson, NV 89074                                   Las Vegas, Nevada 89101
       *Attorney for Plaintiffs*                             *Attorneys for Defendant FCA US LLC*
8

9  Dated this 10th day of May, 2023.

10 ARMSTRONG TEASDALE LLP

11 By: */s/Brandon P. Johansson*
       Kevin R. Stolworthy, Esq.
12     Nevada Bar No. 2798
       Brandon P. Johansson, Esq.
13     Nevada Bar No. 12003
       1980 Festival Plaza Drive, Suite 750
14     Las Vegas, NV 89135
       *Attorneys for Defendant Chapman's Las*
15     *Vegas Dodge, LLC*

16     **IT IS SO ORDERED.**

17

18     _____
       UNITED STATES DISTRICT JUDGE
19

20     May 14, 2023
       DATE